KAREN P. HEWITT
United States Attorney

TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division

LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9668
Facsimile: (202) 307-0054
E-mail: lauren.m.castaldi@usdoj.gov

Attorneys for the United States of America

FILED
2008 MAY 23 AM 11: 12
CLERK US DIST COURT SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Petitioner,<br>v.<br>SCOTT A. WAAGE, as President of The Waage Law Firm<br>Respondent. | Civil No. '08 CV 0919 IEG<br>**DECLARATION OF REVENUE AGENT GEORGE R. LEE** |

I, GEORGE R. LEE, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1. I am a duly commissioned Revenue Agent employed by the Internal Revenue Service ("IRS") in the Small Business/Self-Employed Division located in San Diego, California.

2. Pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (Revision 22), Revenue Agents are authorized to issue Internal Revenue Service Administrative Summonses.

3. In my capacity as a Revenue Agent, I am assigned to examine the federal income tax liabilities of The Waage Law Firm for the tax years 2003 and 2004.

4. On May 18, 2007, and in furtherance of the above-described income tax examination, I issued an IRS summons (IRS Form 2039) directing Scott Waage, as President of The Waage Law Firm, to appear on June 4, 2007, to give testimony and to produce for examination certain books, papers, records or other data as described in said summons. A true and correct copy of the summons is attached as Exhibit A.

5. In accordance with 26 U.S.C. § 7603, on May 18, 2007, I served an attested copy of the summons on Mr. Waage. A true and correct copy of the proof of service is included in Exhibit A.

6. In accordance with 26 U.S.C. § 7609, on May 18, 2007, I gave notice of the service of the summons to The Waage Law Firm by certified mail. A true and correct copy of the proof of service is included in Exhibit A.

7. On June 4, 2007, Mr. Waage did not provide all of the books, records, or papers requested in the summons. Specifically, he refused to produce the billing statements, invoices, and receipts requested in the summons.

8. On June 19, 2007, a letter was sent to Mr. Waage's representative, giving Mr. Waage a second opportunity to comply with the summons by appearing on July 19, 2007.

9. On July 19, 2007, Mr. Waage again failed to provide all of the books, records, and papers requested in the summons.

10. Scott Waage's refusal to comply with the summons continues to the date of this Declaration.

11. The books, records, papers and other data sought by the summons may be relevant to the examination of The Waage Law Firm's federal income tax liabilities for the tax years 2003 and 2004.

12. The books, records, papers and other data sought by the summons described above are not already in the possession of the Internal Revenue Service.

13. No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect for Mr. Waage and The Waage Law Firm.

14. All administrative procedures required by the Internal Revenue Code for issuance of the summons have been followed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of May, 2008.

George R. Lee
GEORGE R. LEE
Revenue Agent
Internal Revenue Service

# EXHIBIT A

# Summons

In the matter of The Waage Law Firm, A Professional Corporation EIN 33-0851454

Internal Revenue Service (Division): Small Business Self Employed

Industry/Area (name or number): 207

Periods: January 1, 2003 through December 31, 2004

## The Commissioner of Internal Revenue

**To:** Scott A. Waage, President

**At:** 9255 Towne Centre Drive, Unit 255, San Diego, California 92121

You are hereby summoned and required to appear before George R. Lee or his designee #33-07293 an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All bank statements of which the above taxpayer has an interest in, or maintains signature authority over for the period of January 1, 2003 through December 31, 2004.

All corporate minutes from the inception of the corporation through December 31, 2004.

The General Ledger for the period of January 1, 2004 through December 31, 2004.

All related billing statements, invoices, receipts or other documents in support of the income of the above taxpayer reported for the years ending December 31, 2003 and December 31, 2004 in the amounts of $3,195,132 and $4,226,430 respectively.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

880 Front Street, Suite 3269, San Diego, California 92101-8869 (619) 615-7720

**Place and time for appearance at** 880 Front Street, Suite 3255, San Diego, California 92101

on the 4th day of June 2007 at 8:00 o'clock a. m.
(year)

**Issued under authority of the Internal Revenue Code this** 18th. day of May, 2007 (year)

IRS

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

[signature] Signature of issuing officer — Revenue Agent, Title

[signature] Signature of approving officer (if applicable) — Group Manager, Title

**Original** — to be kept by IRS

# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 05/18/07 | 9:45 AM |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.
2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): ______
3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: ______

| Signature | Title |
|---|---|
| George R. Lee | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 05/18/07 Time: 11:30 AM

Name of Noticee: THE WAAGE LAW FIRM, A PROFESSIONAL CORPORATION

Address of Noticee (if mailed): 9255 TOWNE CENTRE DRIVE, UNIT 255, SAN DIEGO, CA 92121

**How Notice Was Given**

- ☒ I gave notice by certified or registered mail to the last known address of the noticee.
- ☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).
- ☐ I gave notice by handing it to the noticee.
- ☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.
- ☐ No notice is required.

| Signature | Title |
|---|---|
| George R. Lee | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| George R. Lee | Revenue Agent |

# Summons

In the matter of The Waage Law Firm, A Professional Corporation EIN 33-0851454

Internal Revenue Service (Division): Small Business Self Employed

Industry/Area (name or number): 207

Periods: January 1, 2003 through December 31, 2004

## The Commissioner of Internal Revenue

To: Scott A. Waage, President

At: 9255 Towne Centre Drive, Unit 255, San Diego, California 92121

You are hereby summoned and required to appear before George R. Lee or his designee #33-07293 an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All bank statements of which the above taxpayer has an interest in, or maintains signature authority over for the period of January 1, 2003 through December 31, 2004.

All corporate minutes from the inception of the corporation through December 31, 2004.

The General Ledger for the period of January 1, 2004 through December 31, 2004.

All related billing statements, invoices, receipts or other documents in support of the income of the above taxpayer reported for the years ending December 31, 2003 and December 31, 2004 in the amounts of $3,195,132 and $4,226,430 respectively.

---

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

[signature] George R. Lee — Signature of IRS officer serving the summons

Revenue Agent — Title

**Business address and telephone number of IRS officer before whom you are to appear:**

880 Front Street, Suite 3269, San Diego, California 92101-8869 (619) 615-7720

**Place and time for appearance at** 880 Front Street, Suite 3255, San Diego, California 92101

on the 4th day of June 2007 (year) at 8:00 o'clock a. m.

**Issued under authority of the Internal Revenue Code this** 18th **day of** May, 2007 (year).

[signature] — Signature of issuing officer — Revenue Agent — Title

[signature] — Signature of approving officer (if applicable) — Group Manager — Title

IRS
Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

**Part A** - to be given to person summoned