KAREN P. HEWITT
United States Attorney

TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division

LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9668
Facsimile: (202) 307-0054
E-mail: lauren.m.castaldi@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Petitioner,<br>v.<br>SCOTT A. WAAGE, as President of The Waage Law Firm<br>Respondent. | Civil No. 08-cv-0919-IEG<br>**CERTIFICATE OF SERVICE** |

I, George R. Lee, an employee of the Internal Revenue Service, hereby attest that on June 5, 2008, I personally served Respondent Scott Waage with a copy of the following documents:

(1) UNITED STATES' PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS;

(2) DECLARATION OF REVENUE AGENT GEORGE R. LEE; and

(3) the Court's ORDER TO SHOW CAUSE RE: INTERNAL REVENUE SERVICE SUMMONS.

Service was made by handing a copy to Respondent Scott Waage at 9255 Towne Center Drive, Unit 255, San Diego, CA 92121.

Dated: June 5, 2008

George Lee
George Lee
Revenue Agent
Internal Revenue Service

On behalf of the United States of America