KAREN P. HEWITT
United States Attorney

TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division

LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9668
Facsimile: (202) 307-0054
E-mail: lauren.m.castaldi@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Petitioner,<br><br>v.<br><br>SCOTT A. WAAGE, as President of The Waage Law Firm<br><br>Respondent. | Civil No. 08-cv-0919-IEG<br><br>**JOINT MOTION TO CONTINUE SHOW CAUSE HEARING AND CONTINUE REPLY DEADLINE** |

The United States of America ("United States"), and Respondent, request an order: (1) continuing the show cause hearing on the United States' Petition to Enforce Internal Revenue Service Summons, presently scheduled for July 21, 2008 at 10:30a.m., for 60 days to allow the IRS to review the privilege log produced by the Petitioner; and (2) continuing the deadline for the United States to respond to the Respondent's opposition to the United States' petition until five days prior to the new hearing date.

**BACKGROUND**

On May 23, 2008, the United States filed its Petition to Enforce Internal Revenue Service Summons against Scott Waage, as President of the Waage Law Firm. The Petition demanded that the

Respondent produce billing statements, invoices, and receipts requested in an Internal Revenue Summons. The Court issued and Order to Show Cause, setting a hearing for July 21, 2008. The Petitioner filed an Opposition To Petition to Enforce Internal Revenue Service Summons on July 2, 2008, stating that the information requested was protected by the attorney-client privilege and attached two privilege logs for the billing statements sought by the IRS. The United States' reply to the Petitioner's opposition is due on July 14, 2008.

Before the United States could confer with Revenue Agent George Lee, the agent assigned to investigate the Waage Law Firm, Revenue Agent Lee suffered a serious medical emergency. As such, the United States has not been able to determine if the privilege logs produced by the Respondent are sufficient to meet the needs of the IRS in its investigation. At this point in time it is unclear if Revenue Agent Lee will return to work, or if his cases will be re-assigned. The parties request that the hearing to show cause be continued for 60 days so that either Revenue Agent Lee may return to his position and offer his views to the United States, or so that the IRS may re-assign the investigation of the Waage Law Firm to another revenue agent and that agent may have an opportunity to adequately review the case file. Further, counsel requests that the United States' deadline to file its reply to the Respondent's opposition be continued to five days prior to the new hearing date.

//

//

//

**CONCLUSION**

The United States and the Respondent, through their undersigned counsel, respectfully request an order in accordance with the foregoing. A proposed order is submitted herewith.

KAREN P. HEWITT
United States Attorney

TOM STAHL
Assistant United States Attorney
Chief, Civil Division

Dated: July 11, 2008.

/s Lauren Castaldi
LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

Dated: July 11, 2008.

/s Robert B. Martin Jr.
ROBERT B. MARTIN JR.
The Waage Law Firm
9225 Towne Centre Drive, 6th Floor
San Diego, CA 92121

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the **JOINT MOTION TO CONTINUE SHOW CAUSE HEARING AND CONTINUE REPLY DEADLINE** has been made this 11th day of July, 2008, electronically to the following CM/ECF participant:

Robert B. Martin
email: rmartin@waagelaw.com

/s Lauren Castaldi
LAUREN M. CASTALDI
Trial Attorney, Tax Division