IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Petitioner,<br>v.<br>SCOTT A. WAAGE, as President of The Waage Law Firm<br>Respondent. | Civil No. 08-cv-0919-IEG<br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF HEARING** |

Having considered the Joint Motion for Order, the record contained herein, and for good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The show cause hearing presently scheduled for July 21, 2008, at 10:30 a.m. is VACATED;

2. A show cause hearing shall be held on *September 29, 2008 at 10:30 a.m.*; and

///

///

///

3. The United States' reply to the Respondent's opposition is due on or before September 15, 2008.

IT IS SO ORDERED.

**DATED: July 11, 2008**

Irma E. Gonzalez

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**