IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Petitioner,<br>v.<br>SCOTT A. WAAGE, as President of The Waage Law Firm<br>Respondent. | Civil No. 08-cv-0919-IEG<br>**ORDER CHANGING TIME OF SHOW CAUSE HEARING** |

Due to a conflict on the Court's calendar, the hearing on the Order to Show Cause in this case is hereby changed from 10:30 a.m. to ***3:00 p.m. on Monday, September 29, 2008***.

**IT IS SO ORDERED**.

**DATED: July 22, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**