IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT A. WAAGE, as President of The Waage Law Firm<br><br>　　　　　Respondent. | Civil No. 08-cv-0919-IEG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

　　Having considered the Joint Motion to Dismiss, the record contained herein, and for good cause having been shown, the Motion is GRANTED and this action is dismissed.

　　IT IS SO ORDERED.

**DATED: December 9, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

08cv919